# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Soto,<br><br>        Plaintiff,<br><br>v.<br><br>NRA Group LLC,<br><br>        Defendant. | No. CV-23-01411-PHX-DLR<br><br>**ORDER** |

   The Court having reviewed the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 27), and good cause appearing;

   **IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice as to named Plaintiff, but without prejudice as to any putative class members, each party to bear their own costs and attorneys' fees.

   Dated this 18th day of March, 2024.

                              _____
                              Douglas L. Rayes
                              United States District Judge